UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61842-CIV-COHN

TEVIS COOPER,

Magistrate Judge White

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court upon the Motion for Certificate of Appealability [DE 13], which the Court construes from the Notice of Appeal [DE 11/12]. The Court has carefully considered the matter and is otherwise advised in the premises.

On August 27, 2008, this Court approved the Magistrate Judge's Report and Recommendation denying the motion to vacate sentence in this case. On September 29, 2008, Movant Tevis Cooper filed his Notice of Appeal. By rule, the Court construes the Notice of Appeal as a motion for certificate of appealability. As to consideration of the motion for certificate of appealability, the Court will deny such certification, as the Court concludes that the Petitioner has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For this reason, the Court will deny Petitioner's request for a certificate of appealability. The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, the Petitioner may request issuance of a certificate of appealability from the Eleventh Circuit. Fed. R. App. P. 22(b)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion for

Certificate of Appealability [DE 13] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to:

Tevis Cooper, pro se
#57300-004
FCI Coleman (Medium)
Coleman, FL 33521-1032

Donald Chase, AUSA